liquidation should have been based on an equivalent of $0.053475 for "First Category Goods"; and that the collector's office would have no objection to a stipulation for a reliquidation based on said equivalent. On the record presented the collector was directed to reliquidate the entry, converting the currency of the invoice, Iranian rials, to United States dollars at the rate of $0.053475.

**No. 56300.**—Air Clearance Assn., Inc., et al. *v.* United States, protests 176856–K, etc. (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel that the merchandise consists of live birds similar in all material respects to those the subject of *Alfred Mazer* v. *United States* (25 Cust. Ct. 67, C. D. 1265), the claim of the plaintiffs was sustained.

**No. 56301.**—Vintage Wines, Inc. *v.* United States, protests 173244–K, etc. (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel that the merchandise consists of Lancers Rose Wine in bottles or jugs similar in all material respects to that the subject of Abstract 53224, the claim of the plaintiff was sustained.

**No. 56302.**—Vintage Wines, Inc. *v.* United States, protest 176500–K (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel that the merchandise consists of Lancers Rose Wine in bottles or jugs similar in all material respects to that the subject of Abstract 53224, the claim of the plaintiff was sustained.

**No. 56303.**—Acme Watch Co. et al. *v.* United States, protests 128998–K, etc. (Los Angeles).

Opinion by EKWALL, J. It was stipulated that the appraisements of the merchandise and the liquidations of the entries were made in the same manner,. under facts and circumstances the same in all material respects, as the appraisement and liquidation in *The Gruen Watch Company* v. *United States* (24 Cust. Ct. 101, C. D. 1216). In accordance with stipulation and following the cited authority the claim of the plaintiffs was sustained. It was further held that legal liquidations should be had which would form the basis for protests in which, should they so desire, the importers may litigate any questions presented by such action under section 514, Tariff Act of 1930.